✓ FILED ___ ENTERED
___ LOGGED _____ RECEIVED
2:11 pm, Dec 11 2024
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___MD___Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CASE NO. 13-1160 JKS |
| | * | |
| JONNY MARTINEZ-BARILLAS | * | |
| Defendant | * | |
| | * | |

**\*\*\*\*\*\*\*\*\***

### GOVERNMENT'S MOTION TO DISMISS COMPLAINT

The United States of America, by and through its attorneys, Erek L. Barron, United States Attorney for the District of Maryland, and William D. Moomau, Assistant United States Attorney for the said district, hereby files this motion seeking to dismiss the criminal complaint against the defendant and states as follows:

1.      On May 14, 2013, a criminal complaint was filed against the defendant charging him with alien in possession of a firearm in violation of 18 U.S.C. § 922(g)(5)(A).

2.      The defendant has not been arrested for this charge and the case has not been presented for Indictment.

Wherefore, the United States, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, seeks leave of court to dismiss the complaint against the defendant in the above-captioned matter, without prejudice. The Government also requests that the arrest warrant issued be recalled.

Respectfully submitted,

Erek L. Barron
United States Attorney

By:_____

Digitally signed by WILLIAM
MOOMAU
Date: 2024.12.10 20:50:43 -05'00'

William D. Moomau
Assistant United States Attorney
United States Courthouse, Suite 200
6500 Cherrywood Lane
Greenbelt, Maryland 20770
301-344-4433

2